IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE JOHNSON, | No. C-12-4774 MMC |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| NESTLE PURINA PET CARE CO, et al., | |
| Defendants / | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: October 15, 2012

_____
MAXINE M. CHESNEY
United States District Judge